UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J.D.L.T., a minor, and Z.D.L.T., a minor, individually and as decedent Juan De La Torre's successors in interest, through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual,<br><br>　　　　　Plaintiffs[*],<br><br>　　v.<br><br>SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Liability Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR.; an individual; SWIFT LEASING CO., LLC (DOE NO. 1); FIERRO TRUCKING II, LLC (DOE NO. 2); and DOES 4 through 50, inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-01786-GEB-DAD<br><br>**ORDER DENYING DISMISSAL MOTION AS MOOT** |

On September 4, 2013, Defendants filed a motion to dismiss portions of Plaintiffs' First Amended Complaint under

---

[*] The caption has been amended to utilize only each minor Plaintiff's initials, as prescribed by Federal Rule of Civil Procedure 5.2(a)(3) and Local Rule 140(a)(i). The parties shall comply with these rules in all future filings.

1

Federal Rule of Civil Procedure 12(b)(6). (ECF No. 5.) However, Plaintiffs subsequently filed a Second Amended Complaint (ECF No. 14-1) by stipulation, which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); see also Fed. R. Civ. P. 15(a)(2)(stating "a party may amend its pleading . . . with the opposing party's written consent or the court's leave").

Since the referenced dismissal motion does not address the operative pleading, it is denied as moot.

Dated: October 2, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge