| | |
|---|---|
| 1 | Thomas M. Downey, State Bar No. 142096 |
|   | tdowney@burnhambrown.com |
| 2 | Derek H. Lim, State Bar No. 209496 |
|   | dlim@burnhambrown.com |
| 3 | Alison F. Greene, State Bar No. 148309 |
|   | agreene@burnhambrown.com |
| 4 | BURNHAM BROWN |
|   | A Professional Law Corporation |
| 5 | P.O. Box 119 |
|   | Oakland, California 94604 |
| 6 | --- |
|   | 1901 Harrison Street, 14th Floor |
| 7 | Oakland, California  94612 |
|   | Telephone:     (510) 444-6800 |
| 8 | Facsimile:     (510) 835-6666 |

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION COMPANY, INTERSTATE EQUIPMENT LEASING, LLC, SWIFT LEASING CO., LLC AND EDWARD M. GEER, JR. (erroneously sued herein as EDWARD GREER, JR.) and FIERRO TRUCKING II, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JUAN JACOB DE LA TORRE and ZALEEYA DE LA TORRE, individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR.; an individual; SWIFT LEASING CO., LLC (DOE No. 1); FIERRO TRUCKING II, LLC (DOE No. 2); and DOES 3 through 50, inclusive, <br><br> Defendants. | No. 2:13-cv-01786-GEB-DAD <br> [San Joaquin County Superior Court Action No. 39-2013-00296353-CU-PO-STK – Assigned to Judicial Officer Lesley Holland] <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' PROPOSED AMENDED SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br> Judge:  Hon. Garland E. Burrell <br><br> 1st Amend. Complaint Filed:  July 12, 2013 |

1

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' PROPOSED AMENDED SECOND AMENDED COMPLAINT; [PROPOSED] ORDER — No. 2:13-cv-01786-GEB-DAD

1  WHEREAS Plaintiffs filed a motion seeking to amend their second amended complaint
2  prior to the date that defendants' responses to the current operative pleading was due; and
3  WHEREAS Plaintiffs' motion seeking to amend their second amended complaint is
4  currently set to be heard on November 18, 2013, in Department 10;
5  The parties hereby stipulate that defendants' responses to the second amended complaint,
6  whether further amended or not, will be due 14 days after either the hearing on plaintiffs' motion
7  to amend their second amended complaint, or after the ruling on that motion, whichever is later.
8  IT IS SO STIPULATED.

9  Dated: October  , 2013                    THE SEEGMILLER LAW FIRM

11                                            By: _____
                                              Attorneys for Plaintiffs

13 Dated: October  , 2013                    BURNHAM BROWN

15                                            By:_____
                                              Attorneys for Defendants

18 IT IS SO ORDERED.
19 Dated: October 16, 2013
                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge