Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
Derek H. Lim, State Bar No. 209496
dlim@burnhambrown.com
Alison F. Greene, State Bar No. 148309
agreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:	(510) 444-6800
Facsimile:	(510) 835-6666

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,
SWIFT TRANSPORTATION SERVICES, LLC, SWIFT
TRANSPORTATION COMPANY, INTERSTATE
EQUIPMENT LEASING, LLC, SWIFT LEASING CO., LLC
AND EDWARD M. GEER, JR. (erroneously sued herein as
EDWARD GREER, JR.) and FIERRO TRUCKING II, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JUAN JACOB DE LA TORRE and ZALEEYA DE LA TORRE, individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR.; an individual; SWIFT LEASING CO., LLC (DOE No. 1); FIERRO TRUCKING II, LLC (DOE No. 2); and DOES 3 through 50, inclusive,<br><br>Defendants. | No. 2:13-cv-01786-GEB-DAD<br>[San Joaquin County Superior Court Action No. 39-2013-00296353-CU-PO-STK – Assigned to Judicial Officer Lesley Holland]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' PROPOSED AMENDED SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge:  Hon. Garland E. Burrell<br><br>1st Amend. Complaint Filed: July 12, 2013 |

1  WHEREAS Plaintiffs filed a motion seeking to amend their second amended complaint
2  prior to the date that defendants' responses to the current operative pleading was due; and
3  WHEREAS Plaintiffs' motion seeking to amend their second amended complaint is
4  currently set to be heard on November 18, 2013, in Department 10;
5  The parties hereby stipulate that defendants' responses to the second amended complaint,
6  whether further amended or not, will be due 14 days after either the hearing on plaintiffs' motion
7  to amend their second amended complaint, or after the ruling on that motion, whichever is later.
8  IT IS SO STIPULATED.

Dated:  October  , 2013                                    THE SEEGMILLER LAW FIRM


By: _____
Attorneys for Plaintiffs


Dated:  October  , 2013                                    BURNHAM BROWN


By:_____
Attorneys for Defendants


IT IS SO ORDERED.

Dated:  October 16, 2013              _____
                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge