Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
Derek H. Lim, State Bar No. 209496
dlim@burnhambrown.com
Alison F. Greene, State Bar No. 148309
agreene@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,
SWIFT TRANSPORTATION SERVICES, LLC, SWIFT
TRANSPORTATION COMPANY, INTERSTATE
EQUIPMENT LEASING, LLC, SWIFT LEASING CO., LLC
AND EDWARD M. GEER, JR. (erroneously sued herein as
EDWARD GREER, JR.) and FIERRO TRUCKING II, LLC

**FILED**

DEC 0 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JUAN JACOB DE LA TORRE and ZALEEYA DE LA TORRE, individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR.; an individual; SWIFT LEASING CO., LLC (DOE No. 1); FIERRO TRUCKING II, LLC (DOE No. 2); and DOES 3 through 50, inclusive, <br><br> Defendants. | No. 2:13-cv-01786-GEB-DAD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br> Judge: Hon. Garland E. Burrell <br><br> 1st Amend. Complaint Filed: July 12, 2013 <br> 3rd Amend. Complaint Filed: November 15, 2013 |

1  WHEREAS Plaintiffs filed a third amended complaint asserting causes of action against
2  at least seven entities; and
3  WHEREAS counsel for the defendants needs additional time to gather information from
4  all named defendant entities in order to properly answer the third amended complaint;
5  The parties have agreed to extend the time for the served defendants to respond to the
6  third amended complaint to Wednesday, December 4, 2013;
7  The parties hereby request that the Court enter the attached order giving the currently
8  served defendants up to and including December 4, 2013 to respond to the third amended
9  complaint.
10 IT IS SO STIPULATED AND REQUESTED.
11 Dated: November 27, 2013    THE SEEGMILLER LAW FIRM
12
13                             By: /s/ William W. Seegmiller /s/
14                             Attorneys for Plaintiffs
15 Dated: November 27, 2013    BURNHAM BROWN
16
17                             By: _____
18                             Attorneys for Defendants
19
20
21 12-2-13
   IT IS SO ORDERED.
22                             _____
                               Hon. Garland E. Burrell Jr.
                               United States District Judge
23
24
25
26
27
28 4839-5498-8823, v. 1

---

2

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD
AMENDED COMPLAINT; [PROPOSED] ORDER                     No. 2:13-cv-01786-GEB-DAD