UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JACOB DE LA TORRE and ZALEEYA DE LA TORRE, individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual, | No. 2:13-cv-01786-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |
| Plaintiffs, | |
| v. | |
| SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Liability Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR., an individual; SWIFT LEASING CO., LLC (DOE NO. 1); FIERRO TRUCKING II, LLC (DOE NO. 2); JOSE ANGEL MARTINEZ (DOE NO. 3); and DOES 4 through 50, inclusive,, | |
| Defendants. | |

The Joint Status Report filed November 25, 2013, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on

1

1    December 9, 2013, is continued to March 31, 2014, at 9:00 a.m. A

2    further joint status report shall be filed no later than fourteen

3    (14) days prior to the Status Conference.

4              Further, Plaintiffs are notified under Rule 4(m) of the

5    Federal Rules of Civil Procedure that failure to serve Defendant

6    Jose Angel Martinez with process within the 120 day period

7    prescribed in that Rule may result in the unserved Defendant

8    being dismissed. To avoid dismissal, on or before March 17, 2014,

9    Plaintiffs shall file proof of service for this Defendant or a

10   sufficient explanation why service was not completed within Rule

11   4(m)'s prescribed service period.

12             IT IS SO ORDERED.

13   Dated:  December 2, 2013

14

15

16   _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                    2