**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN JACOB DE LA TORRE and ZALEEYA DE LA TORRE, individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual; and GRACIELA ARELLANO, an individual,<br><br>          Plaintiffs,<br>  v.<br><br>SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR., an individual; SWIFT LEASING CO., LLC (DOE No. 1); FIERRO TRUCKING II, LLC (DOE No. 2); JOSE ANGEL MARTINEZ (DOE No. 3) and DOES 4 through 50, inclusive,<br><br>          Defendants. | Case No. 2:13-CV-01786-GEB-DAD<br><br>**STIPULATION AND ORDER RESETTING RULE 26(a)(2)(B) AND (C) DISCLOSURE DATES**<br><br>Trial Date:      November 3, 2015 |

WHEREAS on March 20, 2014, the Court entered a preliminary pretrial conference order setting the following deadlines for Federal Rule of Civil Procedure 26(a)(2)(B) and (C) disclosures as well as Rule 26 (a)(2)(D)(ii) disclosures as follows:

1. Initial expert witness disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (C) on or before **November 17, 2014**; and

2. Contradictory and/or Rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(2)(D)(ii) on or before **December 18, 2014**.

WHEREAS the parties have agreed to mediate the instant case on December 6, 2014, and have mutually agreed to have the case mediated before Charles Hawkins and have reserved December 6, 2014, for this purpose;

WHEREAS the parties hereby stipulate and agree that the interests of judicial economy would be best served by a continuance of the current expert disclosure dates until after the Parties have had a chance to mediate the case;

The parties hereby stipulate and agree to continue the current expert disclosure dates until after the Parties have had a chance to mediate the case and propose a schedule as follows:

1. Initial expert witness disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (C) on or before **January 30, 2015**

2. Contradictory and/or Rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(2)(D)(ii) on or before **February 27, 2015**.

Dated: November 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1  DATED: November___, 2014
2                                                                  PANISH SHEA & BOYLE LLP
3
4                                                                  Brian J. Panish
                                                                   State Bar No. 116060
5                                                                  Adam K. Shea
                                                                   State Bar No. 166800
6                                                                  Ryan A. Casey
                                                                   State Bar No. 271865
7                                                                  Attorneys for Plaintiff
8                                                                  11111 Santa Monica Boulevard, Suite 700
                                                                   Los Angeles, California  90025
9                                                                  Email: panish@psblaw.com
                                                                            shea@psblaw.com
10                                                                          casey@psblaw.com

11  DATED: November __, 2014           THE SEEGMILLER LAW FIRM
12
13
                                       By:            /s/
14                                          West Seegmiller (SBN 98740)
                                            Attorney for Plaintiff
15                                          4695 McArthur Court, Ste. 200
                                            Newport Beach, CA 92660
16                                          Phone 949-225-3939
17                                          Fax 866-542-9221
                                            email:  wseegmiller@theseegmillerlawfirm.com
18

19  DATED: November __, 2014           BURNHAM BROWN, A Professional Law Corporation
20
21
                                       By:
22                                          Raymond A. Greene, III (SBN 131510)
                                            Attorney for Swift Defendants
23                                          P.O. Box 119
                                            Oakland, CA 94604
24                                          1901 Harrison Street, 14th Floor
                                            Oakland, CA 94612
25                                          Phone 510-444-6800
26                                          Fax 510-835-6666
                                            Email: rgreene@BurnhamBrown.com
27
28