UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D. and Z.D., individually and as decedent Juan De La Torre's successors in interest, minors by and through their Guardian Ad Litem, VIVICA GONZALEZ; VIVICA GONZALEZ, an individual, and GRACIELA ARELLANO, an individual,<br><br>    Plaintiffs,<br><br> v.<br><br>SWIFT TRANSPORTATION COMPANY, a publicly traded Delaware corporation; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Company; SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; INTERSTATE EQUIPMENT LEASING, LLC, a Delaware Limited Liability Company; EDWARD GREER, JR., an individual; SWIFT LEASING CO., LLC (DOE No. 1); FIERRO TRUCKING II, LLC (DOE No. 2); and JOSE ANGEL MARTINEZ (DOE No. 3),<br><br>    Defendants. | No. 2:13-cv-01786-GEB-DAD<br><br>**ORDER WITHDRAWING WITHOUT PREJUDICE PLAINTIFFS' APPLICATION FOR COMPROMISE OF DISPUTED CLAIMS** |

    Since minor Plaintiffs J.D. and Z.D filed a supplemental brief on February 11, 2015, in which they indicate that they will address issues the Court raised in an order filed

1

on January 29, 2015 (ECF No. 61), in a supplemental brief and that they "have requested a hearing date with the state court," since their application for approval of settlement "is governed by Local Rule 202(b)(1)," (Supplemental Br., 2:6-8, 3:4-6, ECF No. 62), it is evident that the motion filed on January 5, 2015 (ECF No. 59) is not yet ripe for federal court consideration. Therefore, the motion filed on January 5, 2015 (ECF No. 59) is deemed withdrawn without prejudice to being supplemented and re-noticed for hearing.

Further, if a document is not filed noticing the motion for rehearing before June 8, 2015, a status report shall be filed on June 8, 2015 in which only the status of the withdrawn motion need be discussed. A status conference is scheduled to commence at 9:00 a.m. on June 22, 2015.

Dated: February 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge